IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL A. PEDONE,

       Appellant,

v.

                                Case No.  5D22-708
                                LT Case No. 2022-DR-223-AX

PALMINA PORTEREIKO,

       Appellee.

_____/

Opinion filed August 30, 2022

Appeal from the Circuit Court
for Hernando County,
Don Barbee, Jr., Judge.

Michael A. Pedone, Brooksville, pro
se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.  *See Applegate v. Barnett Bank of Tallahassee*, 377 So.

2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the

appellate court cannot properly resolve the underlying factual issues so as to

conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.